NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NETWORK APPAREL GROUP, LP, CLARUS DATA, INC., DBA KORCETT HOLDINGS, INC., KHI-TW, LLC,**
*Plaintiffs-Appellants*

**v.**

**AIRWAVE NETWORKS INCORPORATED,**
*Defendant-Appellee*

**PAVLOV MEDIA, INC., APOGEE TELECOM, INC., ELAUWIT, LLC, TIME WARNER CABLE INC., TIME WARNER CABLE TEXAS LLC,**
*Defendants*

---

2016-1943, 2016-2036

---

Appeals from the United States District Court for the Western District of Texas in Nos. 6:15-cv-00134-WSS, 6:15-cv-00135-WSS, 6:15-cv-00136-WSS, 6:15-cv-00138-WSS, 6:15-cv-00139-WSS, Judge Walter S. Smith Jr..

---

## JUDGMENT

---

DAVID G. HENRY, SR., Gray Reed & McGraw, PC, Dallas, TX, argued for plaintiffs-appellants. Also represented

by MICHAEL D. ELLIS, JAMES LAWTON REED, JR., Houston, TX.

TRACY J. WILLI, Willi Law Firm, P.C., Austin, TX, argued for defendant-appellee. Also represented by JAMES NORMAN WILLI.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 13, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |